ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| G&S Carpet Mills, Inc. | ) ASBCA No. 62799 |
| | ) |
| Under Contract No. FA4877-20-P-0177 | ) |

APPEARANCE FOR THE APPELLANT: Mike Gatto, Esq.
               Actium LLC
               Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
               Air Force Chief Trial Attorney
               Lt Col Matthew Ramage-White, USAF
               Trial Attorney

ORDER OF DISMISSAL

The Board received the parties' joint motion to dismiss with prejudice. Accordingly, the appeal of G&S Carpet, ASBCA No. 62799, is hereby dismissed with prejudice.

Dated: June 25, 2021

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62799, Appeal of G&S Carpet Mills, Inc., rendered in conformance with the Board's Charter.

Dated: June 25, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals